

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Richard Lee Percivill, Jr., Appellant

No. 06-19-00185-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 48,441-B).  Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

     As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  We modify the trial court's judgment by deleting the assessment of $425.00 for attorney fees and by changing the time payment fee from $25.00 to $2.50.  We affirm the judgment, as modified.

     We note that the appellant, Richard Lee Percivill, Jr., has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 9, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk